

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2020

No. 04-19-00555-CV

**IN THE GUARDIANSHIP OF CHARLES INNESS THRASH**, an Incapacitated Person,

From the Probate Court No 1, Bexar County, Texas
Trial Court No. 2017-PC-2912
Honorable Oscar J. Kazen, Judge Presiding

# O R D E R

The Appellees' Motion to Extend Time to File Brief is hereby GRANTED. Time is extended to April 17, 2020.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court